Judge Pauley

07 CV 3619
JUDGE WHP "ECF CASE"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
TELECOM ITALIA SPARKLE OF NORTH
AMERICA, INC.,

                Plaintiff,

    -against-

VERSO COMMUNICATIONS, INC.,

                Defendant.
------------------------------------X

2007 CIV
MAY 07 2007

Rule 7.1 Statement

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Telecom Italia Sparkle of North America, Inc. ("TISNA") (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

1. The plaintiff, TISNA, is not publicly traded.
2. The plaintiff, TISNA, is 100 per cent owned by Telecom Italia Sparkle S.p.A.
3. Telecom Italia Sparkle S.p.A. is not publicly traded and is an Italian company with a principal office located at: Piazza degli Affari, 2 – 20123, Milan, Italy.
4. Telecom Italia Sparkle S.p.A. is 100 per cent owned by Telecom Italia S.p.A.

5. Telecom Italia S.p.A. is a publicly traded company quoted at the Milan Stock Exchange and the New York Stock Exchange, and it is an Italian company with a principal office located at: Piazza degli Affari, 2 – 20123, Milan, Italy.

Dated:  New York, New York
        May 7, 2007

                        Yours, etc.

                        PETER J. SPEZIALE LAW OFFICES, PLLC

By _____
   Peter J. Speziale (PS6481)

Attorneys for Plaintiff
245 East 54th Street, Suite 26-D
New York, New York 10022
(914) 552-4261