FOR COURT USE ONLY

GREG B. BYBERG
270. N. CANON DR., 3RD FL.  BEVERLY HILLS, CA 90210

TELEPHONE NO.: (310) 786-8280    FAX NO. (Optional): (310) 786-8275
E-MAIL ADDRESS (Optional):

**UNITED STATES DISTRICT COURT OF NEW YORK**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , NY
BRANCH NAME:

PLAINTIFF (name each): **TELECOM ITALIA SPARKLE OF N. AMERICA**
DEFENDANT (name each): **VERSO COMMUNICATION, INC.**

CASE NUMBER: 07CV3619

**PROOF OF SERVICE**

| HEARING DATE | DAY | TIME | DEPT | Ref No. or File No.: |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

Summons & Complaint; Civil Cover Sheet; Rule 7.1 Statement; Individual Practices of Judge Pauley III; 3rd Amended Instructions for Filing and Electronic Case or Appeal; Procedures for Electronic Case Filings; Guidelines for Electonic Case Filing; Individual Practices of Magistrate Ellis

ENTITY SERVED: **VERSO COMMUNICATION, INC.**

PERSON SERVED: **MOHAMMAD SADIGHIAN - AGENT FOR SERVICE OF PROCESS**

PERSON LEFT WITH: **JEANNIE GARCIA - MANAGER OF CORREO INTERNACIONAL**

DATE & TIME OF DELIVERY: May 23, 2007
12:42 pm

ADDRESS, CITY, AND STATE: 482 WEST SAN YSIDRO BLVD., # 1103
SAN YSIDRO, CA 92173
(BUSINESS)

MANNER OF SERVICE:

Substituted Service - By leaving the copies with or in the presence of JEANNIE GARCIA a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I thereafter mailed the copies to the person served, addressed as shown in above address, by first-class mail, postage prepaid, on May 24, 2007 from LOS ANGELES.

Fee for Service: 85.00
County: San Diego
Registration No.: 479
Janney and Janney Attorney Service, Inc.
1545 Wilshire Blvd.
Los Angeles, CA 90017
(213) 628-6338

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on May 25, 2007.

Signature: _____
Rodrigo Lora

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]    Order#: 1183366/GProof4