USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/31/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
TELECOM ITALIA SPARKLE,                :
                                                07 Civ. 3619 (WHP)
             Plaintiff,     :
                                                <u>SCHEDULING ORDER</u>
      -against-                    :

VERSO COMMUNICATIONS, INC.,      :

                               :
                Defendant.
------------------------------------X

WILLIAM H. PAULEY III, District Judge:

      Having appeared before the Court for an initial pre-trial conference on August 17, 2007, Plaintiff Telecom Italia Sparkle will file and serve its motion for default judgment by September 28, 2007.

Dated: August 30, 2007
       New York, New York

                                 SO ORDERED:

                                 WILLIAM H. PAULEY III
                                     U.S.D.J.

*Counsel of Record:*

Peter James Speziale, Esq.
245 East 54th Street
Suite 26-D
New York, NY 10012
*Counsel for Plaintiff*