```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
TELECOM ITALIA SPARKLE
OF NORTH AMERICA, INC.,              :    07 Civ. 3619 (WHP)

                 Plaintiff,          :    ORDER

       -against-                     :

VERSO COMMUNICATIONS, INC.,          :

                 Defendant.          :
------------------------------X
```

WILLIAM H. PAULEY III, District Judge:

Plaintiff having failed to file a motion for default judgment pursuant to this Court's Order dated August 30, 2007, the case is dismissed for failure to prosecute. The Clerk of the Court is directed to mark this case closed.

Dated: December 26, 2007
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Peter James Speziale, Esq.
245 East 54th Street
Suite 26-D
New York, NY 10012
*Counsel for Plaintiff*